# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00127-CV

**In the Matter of L. M. M.**

### FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
### NO. 68,021, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant L.M.M., a juvenile, has appealed his adjudication of guilt for the offense of indecency with a child. Appellant's brief was first due in this Court on June 6, 2011. He did not file his brief by that deadline. On June 24, this Court notified appellant's counsel that the brief was overdue and that if counsel failed to file a brief on or before July 5, 2011, a hearing before the trial court would be ordered. Appellant's counsel subsequently filed a motion for extension of time to file his brief, which this Court granted. At counsel's request, the deadline was extended to October 3, 2011. However, this deadline—almost four months after the brief's original due date—passed without counsel filing a brief. Instead, on October 10, counsel filed a second motion for extension of time, requesting an extension until October 13, 2011. This Court again granted the requested extension. But again, no brief was filed by the extended deadline. Instead, on October 18, counsel filed a third motion for extension of time, requesting an additional extension to October 24, 2011. In this most recent extension motion, counsel did not elaborate as to the reasons why he still needed additional time to file the brief.

The requested October 24 deadline has passed and counsel has still not filed a brief. Consequently, we dismiss the third motion for extension of time as moot, abate the appeal, and remand the cause to the trial court. *See* Tex. R. App. P. 38.8(a)(2), (b)(2), (3). The trial court shall hold a hearing immediately to determine whether appellant still wishes to prosecute his appeal, whether appellant is indigent, and whether counsel has abandoned the appeal. *See id*. If appellant desires to appeal and is indigent, the trial court should make appropriate orders to ensure that appellant is adequately represented on appeal. *See id*. Following the hearing, the trial court should order the appropriate supplementary clerk's and reporter's records to be prepared and forwarded to this Court no later than December 9, 2011. *See id*.

Before Chief Justice Jones, Justices Pemberton and Henson

Abated

Filed: November 9, 2011